## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Steven Baker, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CSE ICON, INC.,<br><br>        Defendant. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br>Case No. 1:21-cv-040 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on September 16, 2021, at 9:30 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 27th day of May, 2021.

                                                     */s/ Clare R. Hochhalter*
                                                     Clare R. Hochhalter, Magistrate Judge
                                                     United States District Court